No. 01–10859. GODWIN v. McDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 01–10860. FARINA v. FLORIDA BOARD OF REGENTS. Sup. Ct. Fla. Certiorari denied.

No. 01–10861. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10862. HERNANDEZ-HERRERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10863. HADDEN v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 01–10865. HERNANDEZ v. MITCHELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–10866. FILES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10867. FURLOW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10869. SHA (ENGELHARDT) v. MEMORIAL SLOAN KETTERING CANCER CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–10870. EMUCHAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10871. CUEVAS v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10872. ALMERAZ v. CALIFORNIA. App. Div., Super. Ct. Cal., San Diego County. Certiorari denied.

No. 01–10874. POWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10875. GLOVER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10877. FORT v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.